

## Fourth Court of Appeals
### San Antonio, Texas

## MEMORANDUM OPINION

No. 04-25-00773-CV

**IN RE 7-ELEVEN, INC.**

Original Proceeding[1]

PER CURIAM

Sitting:      Rebeca C. Martinez, Chief Justice
             Lori Massey Brissette, Justice
             Velia J. Meza, Justice

Delivered and Filed: December 17, 2025

PETITION FOR WRIT OF MANDAMUS DENIED

Relator filed its petition for writ of mandamus on December 2, 2025. Having reviewed the petition and record, this court has concluded that relator has failed to establish that it is entitled to the relief sought. The petition for writ of mandamus is **DENIED**. *See* TEX. R. APP. P. 52.8(a).

PER CURIAM

---

[1]This proceeding arises out of Cause No. DC-24-64, styled *Joe Garza v. 7-Eleven, Inc., et al*, pending in the 229th Judicial District Court, Starr County, Texas, the Honorable Baldemar Garza presiding.